# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

May 27, 2020

## LETTER ORDER

Re:   *National Labor Relations Board v. Alaris Health at Hamilton Park,*
      Civil Action No. 20-2810 (ES) (MAH)

Dear Parties:

On March 13, 2020, the National Labor Relations Board (the "Board") filed an unopposed motion seeking an order enforcing two administrative subpoenas issued to Alaris Health at Hamilton Park ("Alaris Hamilton"), and an award of attorneys' fees and costs. (D.E. No. 1). On May 8, 2020, the Honorable Michal A. Hammer, U.S.M.J., issued a Report and Recommendation that the undersigned grant the Board's motion. (D.E. No. 3). The parties had 14 days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed an objection.

Having reviewed the relevant submissions and Magistrate Judge Hammer's Report and Recommendation, and for the reasons stated therein,

IT IS on this 27th day of May 2020,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's Report and Recommendation in full, as the Opinion of this Court; and it is further

**ORDERED** that the Board's motion is GRANTED-IN-PART; and it is further

**ORDERED** that Subpoena *Duces Tecum* A-1-180SE2N is enforced in its entirety and Alaris Hamilton must produce to the Board the documents requested in Subpoena *Duces Tecum* A-1-180SE2N within 14 calendar days of this Order; and it is further

**ORDERED** that Subpoena *Ad Testificandum* B-1-180SDXD is enforced in its entirety and Alaris Hamilton shall appear and be deposed at the requested location upon a date to be determined by the Board; and it is further

**ORDERED** that the Board's request for attorneys' fees is DENIED at this time; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 1 and 3.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**